# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

September 22, 2011

**Before**

RICHARD D. CUDAHY, *Circuit Judge*

MICHAEL S. KANNE, *Circuit Judge*

JOHN DANIEL TINDER, *Circuit Judge*

No. 10-2379

| | |
|---|---|
| BLANCA GOMEZ and JOAN WAGNER-BARNETT, *Plaintiffs-Appellants*, | Appeal from the United States District Court for the Southern District of Indiana, Indianapolis Division. |
| *v.* | No. 1:08-cv-00153 |
| ST. VINCENT HEALTH, INC., *Defendant-Appellee*. | Sarah Evans Barker *Judge*. |

## ORDER

The opinion in this case is hereby modified as follows. The sentence beginning on line 4 of the last paragraph on page 21 is altered to read as follows: "He has (perhaps mistakenly) misrepresented fundamental facts."